**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JONATHAN DALE KNIGHT,

                      **Plaintiff,**

-vs-                                      **Case No.  6:11-cv-1813-Orl-31KRS**

ORANGE COUNTY GOVERNMENT;
JOHN C. DAVIS; DEAN R. STASIAK;
THOMAS HUNGERFORD; and JUDGE
STANLEY STRICKLAND,

                      **Defendants.**
_____

# ORDER

This cause comes before the Court on the Complaint (Doc. No. 1) and Application to Proceed in District Court Without Prepaying Fees or Costs (Doc. No. 2), both filed November 15, 2011.

On December 1, 2011, the United States Magistrate Judge issued a report (Doc. No. 6) recommending that the complaint be dismissed as to Defendants Judge Stanley Strickland and Orange County Government and that ruling on the motion be deferred. No objections have been filed.  Therefore, it is **ORDERED** as follows:

        1.      The Report and Recommendation is **ADOPTED** and **CONFIRMED** as part of this Order.

        2.      The complaint in this case is **DISMISSED** without prejudice as to Defendants Judge Stanley Strickland and Orange County Government.  Plaintiff may file an amended complaint by January 9, 2012, which complies with the dictates of the Report and

Recommendation.  Failure to timely file an amended complaint will result in the case being dismissed and closed without further notice.

3.    The Court defers ruling on the Application to Proceed *in forma pauperis* pending filing of an amended complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 20th day of December, 2011.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party